AIDEA v. DOI - Case No. 1:23-cv-03126-JMC - Certified List of the Contents of the Administrative Record

| DATE | FILENAME | DOCUMENT | PAGES | BATES # |
|---|---|---|---|---|
|  | Alaska Industrial Development and Export Authority v. Department of the Interior, et al. (3:23-cv-03126) - ADMINISTRATIVE RECORD | | | |
| 9/12/2019 | 1 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 1 (Executive Summary, Chapters 1-3, References, Glossary) | 515 | 1 |
| 9/12/2019 | 2 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 2 (Appendices A-R, Pt. 1 of 3) | 44 | 516 |
| 9/12/2019 | 3 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 2 (Appendices A-R, Pt. 2 of 3) | 21 | 560 |
| 9/12/2019 | 4 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 2 (Appendices A-R, Pt. 3 of 3) | 449 | 581 |
| 9/12/2019 | 5 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 3 (Appendix S, Pt. 1 of 2) | 840 | 1030 |
| 9/12/2019 | 6 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 3 (Appendix S, Pt. 2 of 2) | 1226 | 1870 |
| 9/12/2019 | 7 | Notice of Availability - Final Coastal Plain Oil and Gas Leasing Program EIS | 2 | 3136 |
| 8/17/2020 | 8 | Record of Decision - Coastal Plain Oil and Gas Leasing Program | 88 | 3138 |
| 8/21/2020 | 9 | Notice of Availability - Record of Decision - Coastal Plain Oil and Gas Leasing Program | 1 | 3226 |
| 12/7/2020 | 10 | Notice of Lease Sale | 2 | 3227 |
| 12/18/2020 | 11 | Detailed Statement of Sale with Amendment | 85 | 3229 |
| 1/6/2021 | 12 | Lease Sale Bid Recap and Results Map | 3 | 3314 |
| 1/13/2021 | 13 | AIDEA's Oil & Gas Leases and Notice of Lease Issuance Decision | 30 | 3317 |
| 1/19/2021 | 14 | Coastal Plain Oil & Gas Lease Report | 2 | 3347 |
| 1/20/2021 | 15 | Executive Order 13990 | 7 | 3349 |
| 5/28/2021 | 16 | Solicitor Memo to Secretary - Review of Leasing Program's Environmental Compliance (WITHHELD - SEE PRIVILEGE LOG) | 6 | 3356 |
| 6/1/2021 | 17 | Secretarial Order 3401 | 2 | 3362 |
| 6/1/2021 | 18 | Decision Suspending Operations and Production on AIDEA's Oil & Gas Leases | 2 | 3364 |
| 6/11/2021 | 19 | AIDEA's Response to Suspension of Operations and Production | 2 | 3366 |
| 8/4/2021 | 20 | Notice of Intent to Prepare Supplemental EIS | 2 | 3368 |
| 8/13/2021 | 21 | Reanier's Archeological Permit Application | 25 | 3370 |
| 8/19/2021 | 22 | BLM Response to Reanier's Archeological Permit Application | 2 | 3395 |
| 11/22/2021 | 23 | SAExploration's Request for FWS Pre-Application Meeting | 1 | 3397 |
| 11/22/2021 | 24 | SAExploration's Request for BLM Pre-Application Meeting | 1 | 3398 |
| 12/3/2021 | 25 | FWS Response to SAExploration's Request for Pre-Application Meeting | 1 | 3399 |
| 12/6/2021 | 26 | BLM Response to SAExploration's Request for Pre-Application Meeting | 1 | 3400 |
| 8/9/2022 | 27 | Update of 5/28/2021 Solicitor Memo to Secretary - Leasing Program's Env. Compliance (WITHHELD - SEE PRIVILEGE LOG) | 3 | 3401 |
| 8/19/2022 | 28 | Amendment to 6/1/2021 Decision Suspending Operations and Production on AIDEA's Oil & Gas Leases | 2 | 3404 |
| 12/28/2018 | 29 | Notice of Availability for Draft Coastal Plain Oil and Gas Leasing Program EIS | 2 | 3406 |
| 8/12/2020 | 30 | KIC Application to FWS for Incidental Harassment Authorization (submitted 8/12/2020) | 99 | 3408 |
| 9/7/2020 | 31 | KIC Application to BLM for Seismic Permit | 42 | 3507 |
| 10/28/2020 | 32 | Revised KIC Application to FWS for Incidental Harassment Authorization (submitted 10/28/2020) | 105 | 3549 |
| 12/8/2020 | 33 | FWS Proposed Incidental Harassment Authorization for Polar Bears - Federal Register Notice | 35 | 3654 |
| 1/15/2021 | 34 | Knik Arm Services LLC's Oil & Gas Lease and Notice of Lease Issuance Decision | 6 | 3689 |
| 1/15/2021 | 35 | Regenerate Alaska Inc.'s Oil & Gas Lease and Notice of Lease Issuance Decision | 7 | 3695 |
| 2/19/2021 | 36 | FWS Letter to KIC Re No Further Action on Application for Incidental Harassment Authorization | 2 | 3702 |
| 2/24/2021 | 37 | KIC Response to FWS's No Further Action Letter dated 2/19/2021 | 7 | 3704 |
| 3/1/2021 | 38 | KIC Request to Extend Application for Seismic Permit | 1 | 3711 |
| 3/1/2021 | 39 | KIC Request to Extend Application for Incidental Harassment Authorization | 1 | 3712 |
| 4/9/2021 | 40 | DOI Letter Re KIC's Requests to Extend Applications for Seismic Permit and Incidental Harassment Authorization | 1 | 3713 |
| 6/1/2021 | 41 | Decision Suspending Operations and Production on Knik Arm Services LLC's Oil & Gas Lease | 2 | 3714 |

AIDEA v. DOI - Case No. 1:23-cv-03126-JMC - Certified List of the Contents of the Administrative Record

| Date | No. | Description | Pages | Bates |
|---|---|---|---|---|
| 6/1/2021 | 42 | Decision Suspending Operations and Production on Regenerate Alaska Inc.'s Oil & Gas Lease | 2 | 3716 |
| 8/18/2021 | 43 | DOI Response to KIC's Requests to Extend Applications for Seismic Permit and Incidental Harassment Authorization | 2 | 3718 |
| 8/25/2021 | 44 | AIDEA Application to BLM for Right-of-Way to Conduct Archaeological Investigation and Associated Email Exchange | 62 | 3720 |
| 4/28/2022 | 45 | Decision Cancelling Regenerate Alaska Inc.'s Oil and Gas Lease | 1 | 3782 |
| 4/28/2022 | 46 | Agreement to Rescind and Cancel Regenerate Alaska Inc.'s Oil and Gas Lease | 4 | 3783 |
| 8/16/2022 | 47 | Decision Cancelling Knik Arm Services LLC's Oil and Gas Lease | 1 | 3787 |
| 8/16/2022 | 48 | Agreement to Rescind and Cancel Knik Arm Services LLC's Oil and Gas Lease | 5 | 3788 |
| 10/4/2021 | 49 | AIDEA's Supplemental EIS Scoping Comments | 8 | 3793 |
| 11/00/2021 | 50 | Supplemental EIS Scoping Report (posted to ePlanning 12/1/2021) | 122 | 3801 |
| 8/00/2023 | 51 | Draft Coastal Plain Oil and Gas Leasing Program Supplemental EIS - Vol. 1 (Chapters 1-4) (posted to ePlanning 9/6/2023) | 695 | 3923 |
| 8/00/2023 | 52 | Draft Coastal Plain Oil and Gas Leasing Program Supplemental EIS - Vol. 2 (Appx. A) (posted to ePlanning 9/6/2023) | 88 | 4618 |
| 8/00/2023 | 53 | Draft Coastal Plain Oil and Gas Leasing Program Supplemental EIS - Vol. 3 (Appx. B-R) (posted to Eplanning 9/6/2023) | 647 | 4706 |
| 9/6/2023 | 54 | DOI Lease Cancellation Decision | 7 | 5353 |
| 9/6/2023 | 55 | DOI Press Release | 3 | 5360 |
| 9/8/2023 | 56 | Notice of Availability for Draft Coastal Plain Oil and Gas Leasing Program Supplemental EIS | 2 | 5363 |
| 10/16/2023 | 57 | Transcript of AIDEA's Draft Supplemental EIS Comments at Anchorage Public Meeting | 1 | 5365 |
| 11/7/2023 | 58 | AIDEA's Draft Supplemental EIS Comment Letter | 86 | 5366 |
| 12/1/2023 | 59 | BLM Lease Cancellation Refund Request to Office of Natural Resources Revenue | 9 | 5452 |

AIDEA v. DOI, Case No. 1:23-cv-03126-JMC - Administrative Record Privilege Log

| Priv Log ID Begin | Priv Log ID End | Production Begin | Production End | Pages | Document Description | Privilege | Privilege Justification | AR_Date |
|---|---|---|---|---|---|---|---|---|
| PRIV_0001 | PRIV_0006 | AR_3356 | AR_3361 | 6 | Solicitor Memo to Secretary - Review of Leasing Program's Environmental Compliance | AC; AWP | Document solicited by and shared with client, contanining attorney-client privileged communications and attorney's thoughts, impressions and/or legal strategy | 5/28/2021 |
| PRIV_0007 | PRIV_0009 | AR_3401 | AR_3403 | 3 | Update to 5/28/2021 Solicitor Memo | AC; AWP | Document solicited by and shared with client, contanining attorney-client privileged communications and attorney's thoughts, impressions and/or legal strategy | 8/9/2022 |